**Order entered January 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00898-CR

## MICHAEL EDWARD HARSSEMA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-80837-2018

# ORDER

Before the Court is appellant's January 25, 2019 motion to unseal a portion of the record. The reporter's record reflects this case was tried before the Honorable Barnett Walker, presiding judge of County Court of Law No. 2. During the trial, the trial court reviewed and sealed Court's Exhibit No. 2—the report of a drug recognition expert who examined the complainant. Appellant now seeks to unseal the report for the limited purpose of allowing counsel to review it to determine whether the trial court erred in not deciding to test the complainant for drugs. Court's Exhibit No. 2 was not filed with the reporter's record in this case. Court reporter Kristen Kopp filed only a copy of what appears to be an envelope holding the report.

We **ORDER** the trial court to conduct a hearing to determine whether Court's Exhibit No. 2 should be unsealed for the limited purpose of allowing counsel for appellant and the State

to review the results of the drug recognition expert's examination.  If the trial court determines counsel should be allowed to review Court's Exhibit No. 2, we further **ORDER** the trial court to make such orders as are necessary to grant counsel for the parties access to the exhibit.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** court reporter Kristen Kopp to file, within **THIRTY DAYS** of the date of this order, a sealed supplemental reporter's record containing a copy of Court's Exhibit No. 2.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; to Kristen Kopp, official court reporter, County Court of Law No. 2; and to counsel for the parties.


/s/     LANA MYERS
        JUSTICE